**Motion Granted and Order filed October 21, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00579-CR
_____

**HENRY AMADOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1390567**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Counsel has filed a motion requesting appellant be afforded an opportunity to review the record and requesting an extension of time to file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is granted.

Accordingly, we hereby direct the Judge of the 176th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that

the clerk of that court furnish the record to appellant on or before **November 5, 2014;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM